IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEUTSCHE BANK NATIONAL TRUST CO.,

                Plaintiff,

      -vs-

KRISTA C. AYERS, et al.,

                Defendant.

Case No. 3:07 CV 1196

MEMORANDUM OPINION
AND ORDER

KATZ, J.

Before the Court is the Report and Recommendation of the Magistrate Judge filed August 24, 2007 in the above-entitled action. Under the relevant statute:

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (1982).  In this case, the ten-day period has elapsed and no objections have been filed.  The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984) affirmed, 474 U.S. 140 (1985); see United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's Report and Recommendation, and adopts that Report and Recommendation in its entirety.

The Clerk is directed to enter the proposed judgment entry and decree of foreclosure.

        IT IS SO ORDERED.

                                    S/ *David A. Katz*
                                    DAVID A. KATZ
                                    SENIOR U. S. DISTRICT JUDGE